FILED
CLERK, U.S. DISTRICT COURT

10/26/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NICHOLAS MATHEW WAGNER,<br><br>  Defendant. | Case No.: 5:20-CR-00240-JWH<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CENTRAL___ District of ___CALIFORNIA___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (×)  information in the Pretrial Services Report and Recommendation

    (×)  information in the violation petition and report(s)

    (×)  the defendant's nonobjection to detention at this time

    (  )  other: _____

1

1    and/ or

2 B. (×)  The defendant has not met his/her burden of establishing by clear and
3    convincing evidence that he/she is not likely to pose a danger to the safety
4    of any other person or the community if released under 18 U.S.C.
5    § 3142(b) or (c).  This finding is based on the following:
6    (×)  information in the Pretrial Services Report and Recommendation
7    (×)  information in the violation petition and report(s)
8    (×)  the defendant's nonobjection to detention at this time
9    ( )  other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: October 26, 2021

             *[signature]*
             KENLY KIYA KATO
             UNITED STATES MAGISTRATE JUDGE